IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ERIN JENKINS                                                                                                PLAINTIFF

V.                              CASE NO.: 5:14-CV-5339

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                              DEFENDANT

## JUDGMENT

For the reasons set forth in the Court's Order filed contemporaneously herewith, **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** this 11th day of January, 2016.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE